■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW J. FAUX, Appellant. [815 NYS2d 871]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered May 6, 2003. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Kehoe, J.P., Gorski, Martoche, Pine and Hayes, JJ.